FILED

07 JUL 30 AM 8:19

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _PDL_ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Jeffrey T. Miller)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR RIVERA-MARES,<br><br>Defendant. | CASE NO. 07CR0224-JM<br><br>**ORDER AUTHORIZING EXTRAORDINARY INVESTIGATOR FEES** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that extraordinary fees not to exceed $1100.00, representing an additional twenty (20) hours of investigative work, are approved at this time for private investigator Esther Sardina, with regard to the investigation and defense of the above-entitled matter, thus approving total investigator fees not to exceed $1600.00.

DATED: 7/26/07

HONORABLE JEFFREY T. MILLER
United States District Court Judge